**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7209**

———————————

EUGENE CREECH, a/k/a Willie James McCoullough,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CA-94-160-3-MJP)

———————————

Submitted:  December 16, 1999        Decided:  December 29, 1999

———————————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Eugene Creech, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eugene Creech appeals the district court's order denying his motion for sentence reduction on the basis of his post-conviction rehabilitation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Creech v. United States</u>, No. CA-94-160-3-MJP (D.S.C. Aug. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>